**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JACQUELINE WILLARD and AMIE BLACKMAN, on behalf of themselves and all others similarly situated, | Case No. 1:20-cv-01501 |
| Plaintiffs, | Honorable Franklin U. Valderrama |
| v. | |
| TROPICANA MANUFACTURING COMPANY, INC., | Honorable Magistrate Sheila M. Finnegan |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come Plaintiffs Jacqueline Willard and Amie Blackman, and Defendant Tropicana Manufacturing Company, by and through their counsel, and hereby stipulate to the dismissal of this Action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

By: /s/ *Ronald A. Marron*
Counsel for Plaintiff
Ronald A. Marron
Michael T. Houchin
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
ron@consumersadvocates.com
mike@consumersadvocates.com

By: /s/ *Arianna M. Scavetti*
Counsel for Defendant
Arianna M. Scavetti
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street, N.W.
Washington, DC 20036
Telephone: (202) 682-7100
Facsimile: (202) 857-0940
arianna.scavetti@weil.com

## **CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that on August 8, 2022, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which is also served upon counsel for all parties of record.

                */s/ Ronald A. Marron*
                Ronald A. Marron